# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number: 24-404M

Ammar Awawdeh

Judge:

Defendant.

Date:

PLEASE NOTICE, that I have been RETAINED by Ammar Awawdeh the above named defendant. I was admitted to practice in this district on _____.

Signature: _____

Print Name: Alan Gelsa

Bar Code: 216 3ec4

Office Address: 212-45 26th Ave

Bayside NY 11360

Telephone #: 516-510-8717

*** NOTICE TO ATTORNEY***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.