UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA     Cr. Case No. 24-MJ-404 (CLP)

      *against*     NOTICE OF APPEARANCE

AMMAR AWAWDEH,
      *Defendant*
----------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    You are hereby notified that I, MARK LESKO, of the firm of GREENBERG TRAURIG, LLP, and MATIN EMOUNA, of the firm EMOUNA & MIKHAIL PC., are both admitted or otherwise authorized to practice in this Court and we appear as Counsel for AMMAR AWAWDEH, in the above-entitled action.

    It is respectfully requested that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case and any case consolidated herewith, relating to the captioned case, be given to and served upon them. This request encompasses all notices, copies, and pleadings, including without limitation, notices of any orders, motions, complaints, petitions pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, transmitted by mail, delivery, e-mail, facsimile, or otherwise which affect or seek to affect the above-captioned case.

Dated: Garden City, New York
      August 13, 2024

/s/ *Mark Lesko*
MARK LESKO, ESQ., BAR#5595335
GREENBERG TRAURIG, LLP
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Tel (631) 994-2408
Fax (631)204-6808
Mark.Lesko@gtlaw.com

/s/ *Matin Emouna*
MATIN EMOUNA, ESQ., BAR#2727113
EMOUNA & MIKHAIL, PC
100 Garden City Plaza, Suite 520
Garden City, New York 11501
Tel (516) 877-9111
Fax (516) 877-9112
Memouna@emiklaw.com