

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

# LETTER MOTION TO
# MODIFY CONDITIONS OF RELEASE ON CONSENT

August 23, 2024

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ammar Awawdeh
Criminal Docket No. 24-mj-00404-CLP-1

Dear Magistrate Judge Bulsara:

Please be advised that I, Matin Emouna, of the firm Emouna & Mikhail PC, along with Mark Lesko of the firm Greenberg Traurig LLP, represent Ammar Awawdeh, the defendant in the aforementioned matter.

This letter is respectfully submitted on behalf of Ammar Awawdeh, in support of his motion to modify his conditions of release and remove the condition of home detention with the consent of AUSA Benjamin Weintraub and Officer Christian Berzak of Pretrial Services. The bond, the sureties, and the remaining conditions of release should remain for now and the condition of a curfew with location monitoring as directed by Pretrial Services should be added.

By way of background, on June 7, 2024, Mr. Awawdeh was arraigned before Magistrate Judge Marcia M. Henry, whereby defense counsel and government agreed on a $100,000 bond with two (2) sureties, subject to home detention and addiction assessment (*See* Dkt. No. 23).

Mr. Awawdeh is currently being supervised by the U.S. Pretrial Services Office and he respectfully requests that this honorable Court, on consent, strike paragraph (7) (i) (ii) ("Home Detention") of the June 7, 2024 Order and replace that condition with the following condition: "a curfew with location monitoring as directed by Pretrial Services." (*See* Dkt. No. 23).

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/ *Matin Emouna*

MATIN EMOUNA

cc:   Benjamin.Weintraub@usdoj.gov
      david.berman2@usdoj.gov
      kaitlin.farrell@usdoj.gov
      Christian_Berzak@nyept.uscourts.gov
      emunit@nyept.uscourts.gov

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530