

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

# LETTER MOTION TO
# MODIFY CONDITIONS OF RELEASE ON CONSENT

October 10, 2024

MAGISTRATE JUDGE VERA M. SCANLON
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ammar Awawdeh
Criminal Docket No. 24-mj-00404-CLP-1

Dear Magistrate Judge Scanlon:

Please be advised that I, Matin Emouna, of the firm Emouna & Mikhail PC, along with Mark Lesko of the firm Greenberg Traurig LLP, represent Ammar Awawdeh, the defendant in the aforementioned matter.

This letter is respectfully submitted on behalf of Ammar Awawdeh, whom to date has been fully compliant with the conditions of release, in support of his motion to modify his conditions of release on consent of the government and Pretrial Services, in order to allow him to attend his childhood friend's wedding, Vilson Lumaj, on October 12, 2024, located at 141 Route 23 South, Pompton Plains, New Jersey the Legacy Castle from 6:00 PM until 2:00 AM.

By way of background, on June 7, 2024, Mr. Awawdeh was arraigned before Magistrate Judge Marcia M. Henry, whereby defense counsel and government agreed on a $100,000 bond with two (2) sureties, subject to home detention and addiction assessment (*See* Dkt. No. 23).

On August 23, 2024, Mr. Awawdeh's condition of release was modified on consent by striking paragraph (7) (i) (ii) ("Home Detention") of the June 7, 2024 Order and replaced that condition with the following condition: "a curfew with location monitoring as directed by Pretrial Services." (*See* Dkt. No. 51).

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/ *Matin Emouna*

MATIN EMOUNA

cc: Benjamin.Weintraub@usdoj.gov
david.berman2@usdoj.gov
kaitlin.farrell@usdoj.gov
Christian_Berzak@nyept.uscourts.gov
emunit@nyept.uscourts.gov