

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

# LETTER MOTION TO
# MODIFY CONDITIONS OF RELEASE ON CONSENT

November 19, 2024

MAGISTRATE JUDGE MARCIA HENRY
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ammar Awawdeh
Criminal Docket No. 24-mj-00404-CLP-1

Dear Magistrate Judge Henry:

Please be advised that I, Matin Emouna, of the firm Emouna & Mikhail PC, along with Mark Lesko of the firm Greenberg Traurig LLP, represent Ammar Awawdeh, the defendant in the aforementioned matter.

This letter is respectfully submitted on behalf of Ammar Awawdeh, who to date has been compliant with his conditions of release, in support of his motion to temporarily modify his conditions of release on consent of the government and partial consent of Pretrial Services, in order to allow him to attend his wedding in Nashville, Tennessee, where his fiancée's family presently resides. Specifically, we are requesting that Mr. Awawdeh be allowed to travel to Nashville by car on Wednesday, November 20, 2024 and to return to New York by car on Wednesday, November 27, 2024, and that his curfew be temporarily lifted during this trip so that he can attend various ceremonies and celebrations. The government has consented to Mr. Awawdeh's travel and to temporarily lifting his curfew, and Pretrial Services has consented to Mr. Awawdeh's travel and has not consented to lifting the curfew. We note that Mr. Awawdeh will continue to wear his location monitoring device during his trip to Nashville. Further, we will provide PreTrial Services with an exact itinerary of where Mr. Awawdeh intends on sleeping each night during his trip.

By way of background, on June 7, 2024, Mr. Awawdeh was arraigned before Your Honor, whereby defense counsel and government agreed on a $100,000 bond with two (2) sureties, subject to home detention and addiction assessment (*See* Dkt. No. 23). On August 23, 2024, Mr. Awawdeh's condition of release was modified on consent by striking paragraph (7) (i) (ii) ("Home Detention") of the June 7, 2024 Order and replaced that condition with the following condition: "a curfew with location monitoring as directed by Pretrial Services." (*See* Dkt. No. 51).

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

*Matin Emouna*

MATIN EMOUNA

cc:  emunit@nyept.uscourts.gov
    kaitlin.farrell@usdoj.gov
    Benjamin.Weintraub@usdoj.gov
    Christian_Berzak@nyept.uscourts.gov
    Dadreamer_Wright@nyed.uscourts.gov
    Sui-May_Yuen@nyed.uscourts.gov

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530